UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Beulah Johnson,

        Plaintiff,

vs.                                        ORDER ADOPTING
                                          REPORT AND RECOMMENDATION

Crookston Police Dept., et al.,

        Defendants.                 Civ. No. 15-1532 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    This action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

    2.    Plaintiff Beulah Johnson's application to proceed *in forma pauperis* [Docket No. 2] is DENIED AS MOOT.

    3.    Judgment is entered accordingly.


DATED: June 9, 2015                             s/Michael J. Davis
At Minneapolis, Minnesota                Michael J. Davis, Chief Judge
                                                       United States District Court